CHANDLER *v.* STATE OF INDIANA.

[No. 0-597. Filed April 27, 1960.]

*Paul E. Chandler, pro se.*

PER CURIAM—Petitioner herein seeks an order of this court directing the Dearborn County Circuit Court to reverse a judgment in that court overruling a petition to vacate a certain judgment issued in and out of that court on May 3, 1950. This court has no power or jurisdiction to issue such mandate, even if the petition filed herein were in proper form.

The petition filed herein is, therefore, dismissed.

NOTE.—Reported in 166 N. E. 2d 338.